UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHAEL WELBORN and REBECCA WELBORN, <br><br> Plaintiffs, <br><br> v. <br><br> ETHICON INC. and ANONYMOUS HEALTHCARE PROVIDERS A-F, <br><br> Defendants. | CAUSE NO.: 2:22-CV-92 PPS-JPK |

## ORDER

Plaintiffs, Michael Welborn and Rebecca Welborn, filed a Motion to Remand to State Court. [DE 21.] Pursuant to 28 U.S.C. § 636(b), I referred this matter to Magistrate Judge Joshua P. Kolar for report and recommendation on this motion. [DE 38.] On December 12, 2022, Magistrate Judge Kolar issued a thorough Findings, Report, and Recommendation of United States Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B) & (C) on this motion, and additionally ruled on a motion to sever filed by Ethicon [DE 5] and a motion to stay filed by the other defendants named in the complaint - Anonymous Healthcare Providers A, B, C, D, E, and F (collectively the "Anonymous Defendants") [DE 16]. [DE 45.] No party has filed a timely objection.

**ACCORDINGLY:**

Having reviewed Magistrate Judge Kolar's findings and recommendation concerning the Motion to Remand to State Court [DE 21] to which no objection has been filed, the Court hereby ADOPTS the findings and recommendations [DE 45] in their entirety and:

1. Plaintiffs' Motion to Remand [DE 21] is GRANTED IN PART AND DENIED IN PART, with Plaintiffs' request to remand being granted but their request to recover attorney fees and costs being denied.

2. It is therefore ORDERED that this action is REMANDED back to the Porter County Superior Court for the reasons articulated in the Report and Recommendation. [DE 45.]

SO ORDERED.

ENTERED: January 3, 2023.

                                          /s/ Philip P. Simon  
                                          PHILIP P. SIMON, JUDGE  
                                          UNITED STATES DISTRICT COURT